Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG 21  AM 10: 33

OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** John C. Ezell       **Docket Number:** 8:04CR450

**Sentencing Judge:** The Honorable Joseph F. Bataillon
Chief U.S. District Judge

**Date of Original Sentence:** April 20, 2005

**Original Offense:** Unlawful User of or Addicted to a Controlled Substance in Possession of a Firearm 18 U.S.C. 922(g)(3)

**Original Sentence:** 17 months prison, 3 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** July 14, 2006

---

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____.

_X_   To modify the conditions of supervision as follows:

The defendant shall attend, successfully complete, and pay for any diagnostic evaluations, treatment or counseling programs, or approved support groups(e.g., AA/NA) for alcohol and/ or controlled substance abuse, as directed by the probation officer.

The defendant shall attend, successfully complete, and pay for any mental health diagnostic evaluations and treatment or counseling programs, as directed by the probation officer.

**EZELL, John C.**
**8:04CR450**
**Request to Modify Conditions**

## CAUSE

On August 8, 2006, John Ezell was placed in Emergency Protective Custody at Creighton Medical Center by Officers of the Omaha Police Department, as a result of an alleged attempted suicide. It was initially indicated that the offender drank bleach. However, after further testing and observation, it was concluded that the offender had consumed either PCP or "wet" (a mixture of marijuana cigarettes and embalming fluid). During conversation with the attending physician, he recommended to the undersigned that Mr. Ezell pursue a course of substance abuse treatment. Additionally, on August 12, 2006, Mr Ezell was cited by Officers of the Omaha Police Department for possession of marijuana less than one ounce. Once the reports are received, the Court will be noticed of this recent law violation.

Respectfully submitted,                     Reviewed by,


Ron Scheidt, Senior                         John A. Hill, Supervising
U.S. Probation Officer                      U.S. Probation Officer

Date: August 18, 2006



THE COURT ORDERS

___   No Action

___   The Extension of Supervision as noted above

_X_   The Modification of Conditions as noted above

___   Other


The Honorable Joseph F. Bataillon           Date 8/18/06
Chief U.S. District Judge

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions
## of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The defendant shall attend, successfully complete, and pay for any diagnostic evaluations, treatment or counseling programs, or approved support groups(e.g., AA/NA) for alcohol and/ or controlled substance abuse, as directed by the probation officer.

The defendant shall attend, successfully complete, and pay for any mental health diagnostic evaluations and treatment or counseling programs, as directed by the probation officer.

Witness: _____  Signed: _____
Ron Scheidt                          John C. Ezell
Senior U.S. Probation Officer        Supervised Releasee

Date: 8/15/6