IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:04CR450 |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF INTENT TO |
| ) | DESTROY EVIDENCE |
| JOHN C. EZELL, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and provides notice of its intent to destroy the following evidence pursuant to NECrimR 55.1(g)(1)(B) and (g)(3):

Exhibit numbers:    1, 2, 3

Hearing date:    September 17, 2007

The Plaintiff has maintained custody of the exhibits for at least thirty (30) calendar days after the case became final and the case is no longer subject to appellate review. If no objection is made by the Defendant within 15 calendar days, the exhibits will be destroyed without further notice.

DATED this 8th day of January, 2010.

                                    UNITED STATES OF AMERICA
                                    Plaintiff

                                    DEBORAH R. GILG
                                    United States Attorney


                                    By: s/ Michael P. Norris
                                    MICHAEL P. NORRIS, #17765
                                    Assistant United States Attorney
                                    1620 Dodge Street, Suite 1400
                                    Omaha, Nebraska 68102-1506
                                    (402) 661-3700

## CERTIFICATE OF SERVICE

  I hereby certify on January 8, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jessica P. Douglas

              s/ Michael P. Norris
              MICHAEL P. NORRIS, #17765
              Assistant U.S. Attorney